# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELANIE E. DAMIAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-6538 |
| | : | |
| **WILLIAM LONGCORE** | : | |

## O R D E R

**AND NOW,** this 27TH day of January, 2021, **IT IS HEREBY ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Timothy R. Rice for the purpose of scheduling and conducting a settlement conference.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.