IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE E. DAMIAN | : | CIVIL ACTION |
| *As Receiver of Today's Growth Consultant, Inc.* | : | |
| *(dba The Income Store)* | : | |
| Plaintiff, | : | |
| | : | NO. 5:20-6538 |
| v. | : | |
| | : | |
| WILLIAM LONGCORE | : | |
| Defendants. | : | |
| | : | |
| | : | |

CONFERENCE NOTICE

A settlement conference will be held on **March 4, 2021** at **1:30 P.M.** before the Honorable Timothy R. Rice, United States Magistrate Judge, via **TELECONFERENCE**.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled in-person settlement conference. Please contact chambers to arrange a pre-conference telephone call.

Please complete the attached summary and email it to chambers_of_magistrate_judge_timothy_rice@paed.uscourts.gov or fax to (267) 299-5064 on or before **February 18, 2021**.

*/s/ Donna Marie Croce*
Donna Marie Croce, Deputy
Honorable Timothy R. Rice
U.S. Magistrate Judge
(267) 299-7660

Date:   January 29, 2021
Cc:     Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____     JURY / NONJURY
                                   (Circle One)
  TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

  Name: _____

  Address: _____

  Phone: _____  Cell: _____
  Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

  Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

  _____

MOTIONS PENDING:

  _____
  _____
  _____

OTHER RELEVANT MATTERS:

  _____
  _____

PRIOR OFFERS / DEMANDS:

  _____
  _____
  _____

ATTACH SYNOPSIS OF CASE (LIMITED TO ONE –TWO PAGES)