IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE)<br><br>and<br><br>KENNETH D. COURTRIGHT, III,<br><br>　　　　　　　Defendants. | Civil Action No. 1:19-cv-08454<br>(filed in the United States District<br>Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF<br>TODAY'S GROWTH CONSULTANT, INC.<br>(dba THE INCOME STORE),<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WILLIAM LONGCORE<br><br>　　　　　　　Defendant. | Ancillary Case No. 20-cv-06538 |

**STIPULATION FOR EXTENSION OF TIME**

　　　AND NOW, this  18  day of March, 2021, it is STIPULATED and AGREED by and between the undersigned counsel that Defendant William Longcore shall have until April 18, 2021 to file a responsive pleading to Plaintiff's Complaint.

{02123412;v1 }　　　　　　　　　　　　　1

| | |
|---|---|
| CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C. | SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC |
| By: /s/ *Bruce J. Warshawsky*<br>Bruce J. Warshawsky, Esquire<br>2320 N. Second St.<br>Harrisburg, PA  17110<br>bjw@cclawpc.com | By: /s/ *Stephen C. Goldblum*<br>Stephen C. Goldblum, Esquire<br>2617 Huntingdon Pike<br>Huntingdon Valley, PA  19006<br>sgoldblum@sogtlaw.com |

APPROVED:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.