IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE) <br><br> and <br><br> KENNETH D. COURTRIGHT, III, <br><br> Defendants. | Civil Action No. 1:19-cv-08454 <br> (filed in the United States District Court, Northern District of Illinois) |
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC. (dba THE INCOME STORE), <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM LONGCORE <br><br> Defendant. | Ancillary Case No. 20-cv-06538 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (d/b/a The Income Store) and Defendant William Longcore, by and through their undersigned attorneys, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice of Plaintiff's claims in the above-referenced matter.

Each party shall bear their own attorneys' fees and costs.

{02206180;v1 }

| | |
|---|---|
| CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C. | DAMIAN & VALORI LLP |

CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C.

*/s/ Bruce J. Warshawsky*
Bruce J. Warshawsky, Esq.
2320 N. Second Street
Harrisburg, PA  17110
bjw@cclaw.pc.com

DAMIAN & VALORI LLP

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
kmurena@dvllp.com
Christine M. Dimitriou, Esq.
Florida Bar No. 99381
cdimitriou@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile:  (305) 371-3965
*Admitted Pro Hac Vice*

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC

*/s/ Stephen C. Goldblum*
Stephen C. Goldblum, Esq.
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
Telephone: (215) 887-0200
Email: sgoldblum@sogtlaw.com

*Counsel for Melanie E. Damian,
Court-Appointed Receiver*

APPROVED:

Date: May 13, 2021

/s/ Jeffrey L. Schmehl

Jeffrey L. Schmehl, J.